## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Allan J. Nowicki,                            :
                    Appellant               :
                                            :
                                            :
          v.                                :          No. 1749 C.D. 2019
                                            :
Tinicum Township, Bucks County,             :
Pa., Nicholas Forte, Tinicum                :
Township Supervisor, Nicholas Forte,        :
Linda M. McNeill, Tinicum Township          :
Manager, Linda M. McNeill, Stephen          :
B. Harris, Esquire, Harris and Harris,      :
Township Solicitor Tom Fountain, P.E.,      :
Keystone Municipal Engineering, Inc.,       :
Township Engineer Shawn McGlynn,            :
Keystone Municipal Services, LLC,           :
Boyce Budd, Gary V. Pearson,                :
Delaware Valley Landscape Stone, Inc.,      :
Joseph Busik, J. Kevan Busik, Keith         :
Keeping, Bunnie Keeping                     :
                                            :
          v.                                :
                                            :
                                            :
Eastburn and Gray, P.C., Michael J.         :
Savona, Michael E. Peters, Esquire,         :
Michael T. Pidgeon, Esquire, James J.       :
Sabath, James J. Sabath, Chief of Police    :

## **O R D E R**

NOW, February 11, 2021, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.

_____
P. KEVIN BROBSON,
President Judge